# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MARTINEZ, an individual,<br><br>                    Plaintiff,<br>v.<br>ABERCROMBIE & FITCH CO., a Delaware corporation,<br>                    Defendant. | CASE NO. 15cv0511 JM (RBB)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

      The parties move to dismiss this action with prejudice. (Doc. No. 15.) They agree that each party will bear its own fees, costs, and expenses.

      Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Such a dismissal is without prejudice unless the stipulation states otherwise. See Fed. R. Civ. P. 41(a)(1)(B).

      In light of the parties' agreement, this case is DISMISSED with prejudice. The Clerk of Court is instructed to close the file.

      IT IS SO ORDERED.

DATED: July 23, 2015

                                                  Hon. Jeffrey T. Miller
                                                  United States District Judge